**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Magus Jamye Reficul Ahnend | 5:26-cv-00281 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sheila Johnson et al | Summons/Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sheila Johnson, Municipal Court Clerk/IT Administrative Assistant

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
169 Industrial Drive, Beckley, WV 25801

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Magus Jamye Reficul Ahnend<br>107 Murray Street<br>Beckley, WV 25801 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

*Received at:*
*U.S. Marshals Service (Beckley, WV)*
*By:*
5/20/26

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/Rory L. Perry II, Clerk of Court | | 304-253-7481 | 5/19/2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 6 | | | | 5/20/26 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| | 5/27/26 | 11:30 | ☑ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**



FILED

JUN - 1 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

*Received at:*
*U.S. Marshals Service (Beckley, WV)*
*By:*
*J.L. 5/26/26*

| | |
|---|---|
| Magus Jamye Reficul Ahnend<br><br>*Plaintiff(s)*<br><br>v.<br><br>Sheila Johnson, Jeannie Campbell, Robert Donelow,<br>Gavin G. Ward, Matthew Fragile, Zachary Blosser<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.  5:26-cv-00281 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sheila Johnson
                           Municipal Court Clerk/IT Administrative Assistant
                           169 Industrial Drive
                           Beckley, WV 25801

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Magus Jamye Reficul Ahnend
                                          107 Murray Street
                                          Beckley, WV 25801

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                 *CLERK OF COURT*

Date:          05/19/2026                            s/Rory L. Perry III
                                                   *Signature of Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  5:26-cv-00281

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sheila Johnson

was received by me on *(date)*  5/20/2026 .

☑ I personally served the summons on the individual at *(place)*  169 Industrial Dr.,
Beckley, WV 25801                  on *(date)*  5/27/26  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  5/27/26

_____
*Server's signature*

DUSM Justin Ford
*Printed name and title*


110 N Heber St., Beckley, WV 25801
*Server's address*

Additional information regarding attempted service, etc: