## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

**MAGUS JAMYE REFICUL AHNEND**

     **Plaintiff,**

**v.**                                                      **Civil Action No.: 5:26-cv-00281**

**SHEILA JOHNSON, JEANNIE CAMPBELL,
ROBERT DONELOW, GAVIN G. WARD,
MATTHEW FRAGILE, ZACHARY BLOSSER,**

     **Defendants.**

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW the Defendants, Sheila Johnson, Jeannie Campbell, Robert Donelow, Gavin G. Ward, Matthew Fragile, and Zachary Blosser, by and through their attorneys, Jared C. Underwood, Austin H. Johnson, and the law firm of Steptoe & Johnson PLLC, in answer to the allegations of the Complaint, submits this Answer, stating as follows:

### PRELIMINARY STATEMENT

Because of the nature of the allegations in the Complaint and the fact that no discovery has been conducted to date in this matter, in order to preserve important legal rights and protections, Defendants set forth below certain affirmative defenses which, based upon the information set forth in the Complaint, they believe apply or may apply to some or all of the claims raised therein. As permitted by Rule 8 of the *Federal Rules of Civil Procedure*, defenses to the claims made in the Complaint are being asserted alternatively and, in some instances, hypothetically. As a result, Defendant reserves the right to withdraw or modify some or all of the affirmative defenses set forth below, in whole or in part, depending upon the nature of the discovery in this matter.

1.    The Defendants state that the matters asserted in Plaintiff's first unnumbered paragraph of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

2.    The Defendants state that the matters asserted in Plaintiff's second unnumbered paragraph of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

3.    The Defendants state that the matters asserted in Plaintiff's third unnumbered paragraph of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

4.    The Defendants state that the matters asserted in Plaintiff's fourth unnumbered paragraph of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

5.    The Defendants state that the matters asserted in Plaintiff's fifth unnumbered paragraph of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

6.    The Defendants state that the matters asserted in Plaintiff's sixth unnumbered paragraph of the Complaint represent legal conclusions, rather than allegations of fact, and

therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

7.      The Defendants state that the matters asserted in Plaintiff's seventh unnumbered paragraph of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

8.      The Defendants state that the matters asserted in Plaintiff's eighth unnumbered paragraph of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

9.      The Defendants state that the matters asserted in Plaintiff's ninth unnumbered paragraph of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

## STATEMENT OF FACTS

1.      The Defendants are informed, and upon such information believe, that the statements and allegations contained in numbered paragraph 1 of the Complaint are true, and admit the same upon such information and belief.

2.      The Defendants admit the statements and allegations contained in numbered paragraph 2 of the Complaint.

3.      The Defendants admit the statements and allegations contained in numbered paragraph 3 of the Complaint.

4. The Defendants admit the statements and allegations contained in numbered paragraph 4 of the Complaint.

5. The Defendants admit the statements and allegations contained in numbered paragraph 5 of the Complaint.

6. The Defendants admit the statements and allegations contained in numbered paragraph 6 of the Complaint.

7. The Defendants admit the statements and allegations contained in numbered paragraph 7 of the Complaint.

8. Paragraph 8 of Plaintiff's Complaint is a section heading and requires no response.

9. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 9 of the Complaint, and therefore deny the same and demand strict proof thereof.

10. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 10 of the Complaint, and therefore deny the same and demand strict proof thereof.

11. The Defendants deny the statements and allegations contained in numbered paragraph 11 of the Complaint.

12. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 12 of the Complaint, and therefore deny the same and demand strict proof thereof.

13. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 13 of the Complaint, and therefore deny the same and demand strict proof thereof.

14.    The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 14 of the Complaint, and therefore deny the same and demand strict proof thereof.

15.    The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 15 of the Complaint, and therefore deny the same and demand strict proof thereof.

16.    The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 16 of the Complaint, and therefore deny the same and demand strict proof thereof.

17.    The Defendants state that each and every document referenced in numbered paragraph 17 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

18.    The Defendants deny the statements and allegations contained in numbered paragraph 18 of the Complaint.

19.    The Defendants state that each and every document referenced in numbered paragraph 19 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

20.    The Defendants state that each and every document referenced in numbered paragraph 20 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

21.     The Defendants state that each and every document referenced in numbered paragraph 21 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

22.     The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 22 of the Complaint, and therefore deny the same and demand strict proof thereof.

23.     The Defendants admit the statements and allegations contained in numbered paragraph 23 of the Complaint.

24.     The Defendants admit the statements and allegations contained in numbered paragraph 24 of the Complaint.

25.     The Defendants admit the statements and allegations contained in numbered paragraph 25 of the Complaint.

26.     The Defendants state that each and every document referenced in numbered paragraph 26 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

27.     The Defendants state that each and every document referenced in numbered paragraph 27 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

28.     The Defendants state that each and every document referenced in numbered paragraph 28 of the Complaint speaks for itself; defendant affirmatively states that the Complaint

mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

29.    The Defendants deny the statements and allegations contained in numbered paragraph 29 of the Complaint.

30.    The Defendants state that each and every document referenced in numbered paragraph 30 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

31.    The Defendants state that each and every document referenced in numbered paragraph 31 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

32.    The Defendants state that each and every document referenced in numbered paragraph 32 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

33.    The Defendants state that each and every document referenced in numbered paragraph 33 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

34.    The Defendants state that each and every document referenced in numbered paragraph 34 of the Complaint speaks for itself; defendant affirmatively states that the Complaint

mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

35. The Defendants state that each and every document referenced in numbered paragraph 35 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

36. The Defendants state that each and every document referenced in numbered paragraph 36 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

37. The Defendants state that each and every document referenced in numbered paragraph 37 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

38. The Defendants deny the statements and allegations contained in numbered paragraph 38 of the Complaint.

39. The Defendants state that each and every document referenced in numbered paragraph 39 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

40. The Defendants deny the statements and allegations contained in numbered paragraph 40 of the Complaint.

41.    The Defendants deny the statements and allegations contained in numbered paragraph 41 of the Complaint.

42.    The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 42 of the Complaint, and therefore deny the same and demand strict proof thereof.

43.    The Defendants deny the statements and allegations contained in numbered paragraph 43 of the Complaint.

44.    The Defendants deny the statements and allegations contained in numbered paragraph 44 of the Complaint.

45.    The Defendants admit the statements and allegations contained in numbered paragraph 45 of the Complaint.

46.    The Defendants admit the statements and allegations contained in numbered paragraph 46 of the Complaint.

47.    The Defendants state that each and every document referenced in numbered paragraph 47 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

48.    The Defendants state that each and every document referenced in numbered paragraph 48 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

49.    The Defendants state that each and every document referenced in numbered paragraph 49 of the Complaint speaks for itself; defendant affirmatively states that the Complaint

mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

50. The Defendants state that each and every document referenced in numbered paragraph 50 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

51. The Defendants state that each and every document referenced in numbered paragraph 51 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

52. The Defendants state that each and every document referenced in numbered paragraph 52 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

53. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 53 of the Complaint, and therefore deny the same and demand strict proof thereof.

54. The Defendants state that each and every document referenced in numbered paragraph 54 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

55. The Defendants admit the statements and allegations contained in numbered paragraph 55 of the Complaint.

56.    The Defendants admit the statements and allegations contained in numbered paragraph 56 of the Complaint.

57.    The Defendants admit the statements and allegations contained in numbered paragraph 57 of the Complaint.

58.    The Defendants deny the statements and allegations contained in numbered paragraph 58 of the Complaint.

59.    The Defendants deny the statements and allegations contained in numbered paragraph 59 of the Complaint.

60.    The Defendants deny the statements and allegations contained in numbered paragraph 60 of the Complaint.

61.    The Defendants state that the matters asserted in numbered paragraph 61 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

62.    The Defendants admit that Defendant Zachary Blosser was present on September 15, 2025, but deny the remaining statements and allegations contained in numbered paragraph 62 of the Complaint.

63.    The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 63 of the Complaint, and therefore deny the same and demand strict proof thereof.

64.    The Defendants deny the statements and allegations contained in numbered paragraph 64 of the Complaint.

65.    The Defendants deny the statements and allegations contained in numbered paragraph 65 of the Complaint.

66.    The Defendants deny the statements and allegations contained in numbered paragraph 66 of the Complaint.

67.    The Defendants deny the statements and allegations contained in numbered paragraph 67 of the Complaint.

68.    The Defendants deny the statements and allegations contained in numbered paragraph 68 of the Complaint.

69.    The Defendants deny the statements and allegations contained in numbered paragraph 69 of the Complaint.

70.    The Defendants deny the statements and allegations contained in numbered paragraph 70 of the Complaint.

71.    The Defendants deny the statements and allegations contained in numbered paragraph 71 of the Complaint.

72.    The Defendants deny the statements and allegations contained in numbered paragraph 72 of the Complaint.

73.    The Defendants deny the statements and allegations contained in numbered paragraph 73 of the Complaint.

74.    The Defendants deny the statements and allegations contained in numbered paragraph 74 of the Complaint.

75.    The Defendants deny the statements and allegations contained in numbered paragraph 75 of the Complaint.

76.    The Defendants deny the statements and allegations contained in numbered paragraph 76 of the Complaint.

77.    The Defendants deny the statements and allegations contained in numbered paragraph 77 of the Complaint.

78.    The Defendants deny the statements and allegations contained in numbered paragraph 78 of the Complaint.

79.    The Defendants deny the statements and allegations contained in numbered paragraph 79 of the Complaint.

80.    The Defendants deny the statements and allegations contained in numbered paragraph 80 of the Complaint.

81.    The Defendants deny the statements and allegations contained in numbered paragraph 81 of the Complaint.

82.    The Defendants deny the statements and allegations contained in numbered paragraph 82 of the Complaint.

83.    The Defendants deny the statements and allegations contained in numbered paragraph 83 of the Complaint.

84.    The Defendants deny the statements and allegations contained in numbered paragraph 84 of the Complaint.

85.    The Defendants deny the statements and allegations contained in numbered paragraph 85 of the Complaint.

86.    The Defendants deny the statements and allegations contained in numbered paragraph 86 of the Complaint.

87.     The Defendants deny the statements and allegations contained in numbered paragraph 87 of the Complaint.

88.     The Defendants deny the statements and allegations contained in numbered paragraph 88 of the Complaint.

89.     The Defendants deny the statements and allegations contained in numbered paragraph 89 of the Complaint.

90.     The Defendants deny the statements and allegations contained in numbered paragraph 90 of the Complaint.

## CAUSES OF ACTION

### Count 1

91.     In response to the allegations contained in paragraph 91 of the Complaint, the Defendants incorporate and reference all answers to the allegations in paragraphs 1 through 90 of their Answer as if fully set forth herein.

92.     The Defendants state that the matters asserted in numbered paragraph 92 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

93.     The Defendants state that the matters asserted in numbered paragraph 93 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

94.     The Defendants deny the statements and allegations contained in numbered paragraph 94 of the Complaint.

95.     The Defendants deny the statements and allegations contained in numbered paragraph 95 of the Complaint.

96.     The Defendants deny the statements and allegations contained in numbered paragraph 96 of the Complaint.

97.     The Defendants deny the statements and allegations contained in numbered paragraph 97 of the Complaint.

98.     The Defendants deny the statements and allegations contained in numbered paragraph 98 of the Complaint.

99.     The Defendants deny the statements and allegations contained in numbered paragraph 99 of the Complaint.

100.    The Defendants deny the statements and allegations contained in numbered paragraph 100 of the Complaint.

101.    Paragraph 101 of Plaintiff's complaint is blank and therefore requires no response.

102.    The Defendants deny the statements and allegations contained in numbered paragraph 102 of the Complaint.

### **COUNT II**

103.    In response to the allegations contained in paragraph 103 of the Complaint, the Defendants incorporate and reference all answers to the allegations in paragraphs 1 through 102 of their Answer as if fully set forth herein.

104.    The Defendants state that the matters asserted in numbered paragraph 104 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

105.    The Defendants state that the matters asserted in numbered paragraph 105 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

106.    The Defendants state that each and every document referenced in numbered paragraph 106 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

107.    The Defendants deny the statements and allegations contained in numbered paragraph 107 of the Complaint.

108.    The Defendants state that each and every document referenced in numbered paragraph 108 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

109.    The Defendants deny the statements and allegations contained in numbered paragraph 109 of the Complaint.

110.    The Defendants deny the statements and allegations contained in numbered paragraph 110 of the Complaint.

111.    The Defendants deny the statements and allegations contained in numbered paragraph 111 of the Complaint.

112.    The Defendants state that the matters asserted in numbered paragraph 112 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require

a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

113. The Defendants deny the statements and allegations contained in numbered paragraph 113 of the Complaint.

114. The Defendants state that each and every document referenced in numbered paragraph 114 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

115. The Defendants state that each and every document referenced in numbered paragraph 115 of the Complaint speaks for itself; defendant affirmatively states that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

116. The Defendants state that the matters asserted in numbered paragraph 116 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

117. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 117 of the Complaint, and therefore deny the same and demands strict proof thereof.

118. The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 118 of the Complaint, and therefore deny the same and demands strict proof thereof.

119.   The Defendants lack knowledge or information sufficient to form a belief as to the truth of the statements and allegations contained in numbered paragraph 119 of the Complaint, and therefore deny the same and demands strict proof thereof.

120.   The Defendants deny the statements and allegations contained in numbered paragraph 120 of the Complaint.

121.   The Defendants deny the statements and allegations contained in numbered paragraph 121 of the Complaint.

122.   The Defendants deny the statements and allegations contained in numbered paragraph 122 of the Complaint.

123.   The Defendants state that each and every document referenced in numbered paragraph 123 of the Complaint speaks for itself; defendants affirmatively state that the Complaint mischaracterizes and misconstrues such document(s), and deny the inferences which plaintiff has drawn therefrom.

124.   The Defendants deny the statements and allegations contained in numbered paragraph 124 of the Complaint.

125.   The Defendants deny the statements and allegations contained in numbered paragraph 125 of the Complaint.

126.   The Defendants deny the statements and allegations contained in numbered paragraph 126 of the Complaint.

## COUNT III

127.   In response to the allegations contained in paragraph 127 of the Complaint, the Defendants incorporate and reference all answers to the allegations in paragraphs 1 through 126 of their Answer as if fully set forth herein.

128.    The Defendants state that the matters asserted in numbered paragraph 128 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

129.    The Defendants state that the matters asserted in numbered paragraph 129 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

130.    The Defendants state that the matters asserted in numbered paragraph 130 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

131.    The Defendants state that the matters asserted in numbered paragraph 131 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

132.    The Defendants deny the statements and allegations contained in numbered paragraph 132 of the Complaint.

133.    The Defendants deny the statements and allegations contained in numbered paragraph 133 of the Complaint.

134.    The Defendants deny the statements and allegations contained in numbered paragraph 134 of the Complaint.

135.    The Defendants deny the statements and allegations contained in numbered paragraph 135 of the Complaint.

136.    The Defendants deny the statements and allegations contained in numbered paragraph 136 of the Complaint.

137.    The Defendants deny the statements and allegations contained in numbered paragraph 137 of the Complaint.

## COUNT IV

138.    In response to the allegations contained in paragraph 138 of the Complaint, the Defendants incorporate and reference all answers to the allegations in paragraphs 1 through 137 of their Answer as if fully set forth herein.

139.    The Defendants state that the matters asserted in numbered paragraph 139 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

140.    The Defendants state that the matters asserted in numbered paragraph 140 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

141.    The Defendants state that the matters asserted in numbered paragraph 141 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

142.    The Defendants deny the statements and allegations contained in numbered paragraph 142 of the Complaint.

143.    The Defendants admit the statements and allegations contained in numbered paragraph 143 of the Complaint.

144.    The Defendants deny the statements and allegations contained in numbered paragraph 144 of the Complaint.

145.    The Defendants deny the statements and allegations contained in numbered paragraph 145 of the Complaint.

## COUNT V

146.    In response to the allegations contained in paragraph 146 of the Complaint, the Defendants incorporate and reference all answers to the allegations in paragraphs 1 through 145 of their Answer as if fully set forth herein.

147.    The Defendants deny the statements and allegations contained in numbered paragraph 147 of the Complaint.

148.    The Defendants deny the statements and allegations contained in numbered paragraph 148 of the Complaint.

149.    The Defendants deny the statements and allegations contained in numbered paragraph 149 of the Complaint.

150.    The Defendants deny the statements and allegations contained in numbered paragraph 150 of the Complaint.

151.    The Defendants deny the statements and allegations contained in numbered paragraph 151 of the Complaint.

152.    The Defendants deny the statements and allegations contained in numbered paragraph 152 of the Complaint.

## COUNT VI

153.    In response to the allegations contained in paragraph 153 of the Complaint, the Defendants incorporate and reference all answers to the allegations in paragraphs 1 through 152 of their Answer as if fully set forth herein.

154.    The Defendants state that the matters asserted in numbered paragraph 154 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

155.    The Defendants state that the matters asserted in numbered paragraph 155 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

156.    The Defendants admit the statements and allegations contained in numbered paragraph 156 of the Complaint.

157.    The Defendants deny the statements and allegations contained in numbered paragraph 157 of the Complaint.

158.    The Defendants deny the statements and allegations contained in numbered paragraph 158 of the Complaint.

159.    The Defendants deny the statements and allegations contained in numbered paragraph 159 of the Complaint.

160.    The Defendants deny the statements and allegations contained in numbered paragraph 160 of the Complaint.

161.    The Defendants deny the statements and allegations contained in numbered paragraph 161 of the Complaint.

## COUNT VII

162.    In response to the allegations contained in paragraph 162 of the Complaint, the Defendants incorporate and reference all answers to the allegations in paragraphs 1 through 161 of their Answer as if fully set forth herein.

163.    The Defendants state that the matters asserted in numbered paragraph 163 of the Complaint represent legal conclusions, rather than allegations of fact, and therefore do not require a response by way of admission or denial; however, to the extent and factual allegations are contained therein, they are denied.

164.    The Defendants deny the statements and allegations contained in numbered paragraph 164 of the Complaint.

165.    The Defendants deny the statements and allegations contained in numbered paragraph 165 of the Complaint.

166.    The Defendants deny the statements and allegations contained in numbered paragraph 166 of the Complaint.

167.    The Defendants deny the statements and allegations contained in numbered paragraph 167 of the Complaint.

168.    The Defendants deny that they are responsible for any of the damages sought in the Prayer for Relief including the Compensatory Damages clause, Treble Damages clause, Declaratory Relief clause, Orders and Records Correction clause, Declaratory Judgment on

Disability Rights clause, Injunctive Relief clause, and attorneys' fees and costs clause, in the Plaintiff's Complaint, or in any numbered paragraph or subparagraph of the Plaintiff's Complaint.

169. The Defendants deny any factual allegations not specifically admitted herein.

170. The Defendants demand a trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

These Defendants assert that the Plaintiff's conduct was the sole cause of any alleged damages in this matter.

### SECOND DEFENSE

The Defendants, at all times, acted in good faith and in accordance with their training as law enforcement officers. At no time did these Defendants act with deliberate indifference toward the plaintiff or any of his constitutional rights.

### THIRD DEFENSE

That the Complaint fails to state a claim(s) or cause(s) of action against these Defendants upon which relief may be granted and, therefore, said Complaint should be dismissed pursuant to Rule 12 of the Federal Rules of Civil Procedure

### FOURTH DEFENSE

That to the extent any of the following affirmative defenses are applicable, based upon the evidence adduced in this matter, these Defendants invoke the following defenses of contributory negligence, comparative negligence, assumption of the risk, waiver, estoppel, laches, release, res judicata, collateral estoppel, expiration of the statute of limitations, lack of personal jurisdiction, and any other matter constituting an avoidance or affirmative defense.

## FIFTH DEFENSE

That these Defendants assert and preserve those immunities and defenses contained in *W. Va. Code* §29-12A-1, *et seq.*

## SIXTH DEFENSE

That these Defendants raise and preserve the defenses of qualified immunity and any other immunity available to each defendant pursuant to the United States Constitution, the United States Code, the West Virginia State Constitution and the West Virginia State Code.

## SEVENTH DEFENSE

That these Defendants assert and preserve the affirmative defenses of absolute and qualified immunity. *Harlow v. Fitzgerald*, 457 U.S. 800, 102 S.Ct. 2727, 73 L.Ed.2d 396 (1982); *Clark v. Dunn*, 465 S.E.2d 374 (W.Va. 1995); and *State v. Chase Securities, Inc.*, 424 S.E.2d 591, 595 (W. Va. 1992).

## EIGHTH DEFENSE

That these Defendants are immune from liability because they acted at all times with probable cause and in the good faith performance of their official duties.

## NINTH DEFENSE

That these Defendants deny that they acted in violation of the Plaintiff's Constitutional rights and further deny that they acted willfully, intentionally, or in callous disregard for the Plaintiff's Constitutional and statutory rights or that they in any way denied the Plaintiff due process of law.

## TENTH DEFENSE

That these Defendants are immune from suit because their conduct was not in contravention of any clearly established Constitutional right or privilege of the Plaintiff.

## ELEVENTH DEFENSE

That no custom, usage, policy or practice of these Defendants caused a deprivation of Plaintiff's rights.

## TWELFTH DEFENSE

That these Defendants hereby raise and preserve each and every defense set forth in Rules 8, 9 and 12 of the Federal Rules of Civil Procedure and further reserve the right to raise such additional defenses as may appear appropriate following further discovery and factual development in this case.

## THIRTEENTH DEFENSE

For a separate and distinct defense, these Defendants state that the Plaintiff, to the extent that it punitive damages, violates W.Va. Code §29-12A-7, violates the Defendants' right to procedural due process under the Fourteenth Amendment of the United States Constitution and the Constitution of the State of West Virginia, violate the Defendants' right to protection from "excessive fines" as provided in the Eighth Amendment of the United States Constitution and Article III, Section 5 of the Constitution of the State of West Virginia, and violate the Defendants' right to substantive due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution and the Constitution of the State of West Virginia, and therefore fail to sate a cause of action upon which punitive damages can be awarded.

## FOURTEENTH DEFENSE

These Defendants deny that they are liable to the Plaintiff in any amount or that the Plaintiff is otherwise entitled to recovery and/or the relief sought from these Defendants in the Complaint.

## FIFTEENTH DEFENSE

These Defendants state to the extent applicable, they are immune from suit pursuant to the public duty doctrine.

## SIXTEENTH DEFENSE

The Defendants reserve the right to file additional affirmative defenses, counterclaims and/or third-party claims if a sufficient factual basis therefore is developed through continuing investigation and discovery.

**WHEREFORE**,  Defendants Sheila Johnson, Jeannie Campbell, Robert Donelow, Gavin G. Ward, Matthew Fragile, and Zachary Blosser, pray that this Honorable Court dismiss the Plaintiff's Complaint with prejudice and that they be awarded all attorneys' fees, costs, and expenses incurred as a result of the defense of this action, as well as any other and further relief deemed proper by this Honorable Court.

**SHEILA JOHNSON, JEANNIE CAMPBELL, ROBERT DONELOW, GAVIN G. WARD, MATTHEW FRAGILE, ZACHARY BLOSSER**

**By Counsel**,


*/s/ Jared C. Underwood*

Jared C. Underwood, WV State Bar No. 12141
Austin H. Johnson, WV State Bar No. 14563
Steptoe & Johnson, PLLC
P.O. Box 1588
Charleston, WV 25326-1588
Phone: (304) 353-8000

## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

**MAGUS JAMYE REFICUL AHNEND**

      **Plaintiff,**

**v.**                               **Civil Action No.: 5:26-cv-00281**

**SHEILA JOHNSON, JEANNIE CAMPBELL,**
**ROBERT DONELOW, GAVIN G. WARD,**
**MATTHEW FRAGILE, ZACHARY BLOSSER,**

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned counsel of record for Defendants, does hereby certify on this 17th day of June, 2026, that a true copy of the foregoing "*DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT*" was filed with the Court's CM/ECF electronic and served upon the *pro se* Plaintiff as follows:

> Magus Jamye Reficul Ahnend
> 107 Murray Street
> Beckley, WV 25801

> /s/ **Jared C. Underwood**
> Jared C. Underwood, WV State Bar No. 12141
> Austin H. Johnson, WV State Bar No. 14563