Magus Ahnend
107 Murray St.
Beckley, WV 25801

**Clerk of the United States District Courts**
**Southern District of West Virginia, Beckley Division**
**110 North Heber St.**
**Beckley, WV 25801**



Case 5:26-cv-00281 Document 35-1 Filed 06/22/26 Page 2 of 2 PageID #: 591