Magus Ahnend
107 Murray St.
Beckley, WV 25801

CHARLESTON WV 2
18 JUN 2026 AM 1 L



Clerk of the United States District Courts
Southern District of West Virginia, Beckley Division
110 North Heber St.
Beckley, WV 25801

25801-495244