# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

**MAGUS JAMYE REFICUL AHNEND,**

        **Plaintiff,**

v.                                                                          **Civil Action No. 5:26-cv-00281**

**SHEILA JOHNSON,**
*Municipal Court Clerk/IT Administrative Assistant,*
**JEANNIE CAMPBELL,**
*Code Enforcement Agent,*
**ROBERT DONELOW,**
*Code Enforcement Officer,*
**GAVIN G. WARD,**
*Attorney at Law, State Bar #:12301,*
**MATTHEW FRAGILE,**
*Judge Beckley Municipal,*
**ZACHARY BLOSSER,**
*Police Officer of the City of Beckley P.D.,*

        **Defendants.**

### ORDER AND NOTICE

Pursuant to LR Civ P 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**07/24/26**     Last day for Rule 26(f) meeting.

**07/31/26**     Last day to file Report of Parties' Planning Meeting and Scheduling Order Worksheet, available on the Court's website.   See LR Civ P 16.1.

**08/20/26**     Scheduling conference at **11:00 a.m**., in **Beckley, West Virginia**, before the undersigned, unless cancelled. If held, lead counsel shall appear and be prepared to discuss the following:

    (a)     the discovery to be completed and the amount of time necessary for its completion;
    (b)     the further formulation and simplification of issues, including possible elimination of claims or defenses;
    (c)     the possibility of entering into stipulations regarding issues for trial;
    (d)     the possibility of obtaining admissions regarding facts and documents; and

(e)     other matters that will assist the parties in reaching a final resolution of this matter.

**08/27/26**     Entry of Scheduling Order.

**09/03/26**     Last day to serve FR Civ P 26(a)(1) initial disclosures pre-discovery.

## NOTICE

The provision of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: July 8, 2026.



Omar J. Aboulhosn
United States Magistrate Judge

2