**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**MAGUS JAMYE REFICUL AHNEND**

      **Plaintiff,**

**v.**                                                                  **Civil Action No.: 5:26-cv-00281**

**SHEILA JOHNSON, JEANNIE CAMPBELL,
ROBERT DONELOW, GAVIN G. WARD,
MATTHEW FRAGILE, ZACHARY BLOSSER,**

      **Defendants.**

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
COMPLETION OF SERVICE ON DEFENDANT ZACHARY BLOSSER**

      **COMES NOW**, Defendants Sheila Johnson, Jeannie Campbell, Robert Donelow, Gavin

G. Ward, Matthew Fragile, and Zachary Blosser, by and through counsel, Jared C. Underwood,

Austin H. Johnson, and the law firm of Steptoe & Johnson, PLLC, for their response in opposition

to *Plaintiff's Motion to Compel Completion of Service on Defendant Zachary Blosser; For Directed

USMS Written Service Report; and For Preservation of All Claims Against Defendant Blosser

Pursuant to 28 U.S.C. §1915(d) and Fed. R. Civ. P. 4(c)(3)* (ECF Doc. No. 36). In support of their

Response in Opposition, these Defendants state and aver as follows:

**ARGUMENT**

      Currently pending before the Court *Plaintiff's Motion to Compel Completion of Service on

Defendant Zachary Blosser; For Directed USMS Written Service Report; and For Preservation of

All Claims Against Defendant Blosser Pursuant to 28 U.S.C. §1915(d) and Fed. R. Civ. P. 4(c)(3)*

(ECF Doc. No. 36).  Plaintiff has moved this Court for an Order: (1) directing the United States

Marshals Service to file a written report "accounting for the complete absence of any return of service

for Defendant Zachary Blosser; (2) directing the United States Marshals Service to complete service

on Defendant Blosser; and (3)  preserving Plaintiff's claims against Defendant Blosser pending service.

The arguments raised by Plaintiff in the foregoing *Motion* are seemingly directed at this Honorable Court and not to any of the named Defendants. However, to the extent that a response is required, these Defendants state that the Plaintiff's *Motion* should be denied because it is moot following undersigned counsel's appearance for Defendant Blosser and the filing of a responsive pleading on behalf of Defendant Blosser to the Plaintiff's *Complaint* on June 17, 2026. *See* ECF Doc. No.'s 33 and 34, respectively. Through these filings, Defendant Blosser has effectively waived the service requirements under Rule 4 of the *Fed. R. Civ. P.* by way of consent to this Honorable Court's jurisdiction. Therefore, the Plaintiff's *Motion* for service on Defendant Blosser, the need for a written report by the USMS, and any preservation of claims against Defendant Blosser are moot.

WHEREFORE, these Defendants respectfully request that this Honorable Court deny the Plaintiff's *Motion to Compel Completion of Service on Defendant Zachary Blosser; For Directed USMS Written Service Report; and For Preservation of All Claims Against Defendant Blosser Pursuant to 28 U.S.C. §1915(d) and Fed. R. Civ. P. 4(c)(3)* and pray for any further relief that this Court deems just and proper.

> **SHEILA JOHNSON, JEANNIE CAMPBELL, ROBERT DONELOW, GAVIN G. WARD, MATTHEW FRAGILE, ZACHARY BLOSSER**
>
> **By Counsel**,
>
> **/s/ Austin H. Johnson**
> Jared C. Underwood, WV State Bar No. 12141
> Austin H. Johnson, WV State Bar No. 14563
> Steptoe & Johnson, PLLC
> P.O. Box 1588
> Charleston, WV 25326-1588
> Phone: (304) 353-8000

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

**MAGUS JAMYE REFICUL AHNEND**

      **Plaintiff,**

**v.**                                         **Civil Action No.: 5:26-cv-00281**

**SHEILA JOHNSON, JEANNIE CAMPBELL,
ROBERT DONELOW, GAVIN G. WARD,
MATTHEW FRAGILE, ZACHARY BLOSSER,**

      **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Defendants, does hereby certify on this 9th day of July, 2026, that a true copy of the foregoing "DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL COMPLETION OF SERVICE ON DEFENDANT ZACHARY BLOSSER**"** was filed using the CM/ECF system and sent via U.S. Mail to the *pro se* plaintiff as follows:

Magus Jamye Reficul Ahnend
107 Murray Street
Beckley, WV 25801

*/s/ Austin H. Johnson*
Jared C. Underwood, WVSB No. 12141
Austin H. Johnson, WVSB No. 14563