FILED: July 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1730
(5:26-cv-00281)

_____

In re: MAGUS JAMYE REFICUL AHNEND

Petitioner

_____

J U D G M E N T

_____

In accordance with the decision of this court, the petition for writ of mandamus is denied.

/s/ NWAMAKA ANOWI, CLERK