**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

MAGUS JAYME REFICUL AHNEND,

Plaintiff,

v.

CIVIL ACTION NO. 5:26-cv-00281

SHEILA JOHNSON,
*Municipal Court Clerk/IT Administrative Assistant*, and
JEANNIE CAMPBELL,
*Code Enforcement Agent*, and
ROBERT DONELOW,
*Code Enforcement Officer*, and
GAVIN G. WARD,
*Attorney at Law, State Bar #: 12301*, and
MATTHEW FRAGILE,
*Judge Beckley Municipal*, and
ZACHARY BLOSSER,
*Police Officer of the City of Beckley P.D*,

Defendants.

**ORDER**

Pending is Plaintiff Magus Jamye Reficul Ahnend's Motion for Voluntary Dismissal without Prejudice pursuant to the *Federal Rules of Civil Procedure Rule* 41(a)(2), filed July 28, 2026. [ECF 48]. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on July 29, 2026. [ECF 49]. Magistrate Judge Aboulhosn recommended that the Court grant Mr. Ahnend's motion and dismiss the complaint without prejudice. [*Id.* at 7].

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. See *Thomas v. Arn*, 474 U.S. 140 (1985); see also 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. See 28 U.S.C. § 636(b)(1); see also *United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on August 12, 2026. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[ECF 49]**, **GRANTS** Mr. Ahnend's Motion for Voluntary Dismissal without Prejudice [ECF 48] and **DISMISSES WITHOUT PREJUDICE** Mr. Ahnend's complaint.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party and remove this matter from the Court's docket.

ENTER: August 26, 2026

Frank W. Volk
Chief United States District Judge